## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 3:23-cr-00063-1-KGB

**DARRICK HUBBARD**

## ORDER OF DETENTION

Defendant appeared with counsel on this date for a hearing pursuant to the Bail Reform Act. Based on the nature of the charges, it was presumed that no condition or combination of conditions would reasonably assure 1) the appearance of the person as required and 2) the safety of the community. 18 U.S.C. § 3142(e). Accordingly, the defense was required to produce some evidence to rebut the presumption that Defendant is dangerous or likely to flee. *Id.* The presumption only imposed on Defendant the burden of production; the burden of persuasion remained with the prosecution. *United States v. Ortega*, 760 F.2d 887, 891 n. 17 (8th Cir. 1985).

After hearing Defendant's evidence, I find he has not overcome the burden of production, as the proposed release plan was wholly unsuitable. Specifically, Defendant's mother did not present as a reliable third-party custodian. Accordingly, I find Defendant has not overcome the rebuttable presumption that no condition or combination of conditions will reasonably assure Defendant's appearance and the safety of the community pursuant to 18 U.S.C. § 3142(e). Therefore, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.[1] Further, on order of the United States Court or on request of an

---

[1] The intent of this provision is to ensure defense counsel experiences no unnecessary obstruction communicating with the Defendant in person, by telephone, or (if possible) by video-teleconference.

attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

    IT IS SO ORDERED this 11th day of October 2023.

                                                  _____
                                                  JOE J. VOLPE
                                                  UNITED STATES MAGISTRATE JUDGE